# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0176. VICTORIA ONIBUDO v. ERIC HOFFNER.**

Victoria Onibudo has filed an application for discretionary appeal from the trial court's order holding her in contempt for violating a twelve-month protective order. The order, however, is subject to direct appeal.

Generally, "[a]ppeals from judgments or orders in . . . domestic relations cases, including . . . holding or declining to hold persons in contempt" must be made by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). See also *Schmidt v. Schmidt*, 270 Ga. 461 (1) (510 SE2d 810) (1999) (finding that domestic relations cases include those involving family violence), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60 (860 SE2d 543) (2021). The term "family violence" under the Family Violence Act "means . . . acts between past or present spouses, persons who are parents of the same child, parents and children, stepparents and stepchildren, foster parents and foster children, or other persons living or formerly living in the same household[.]" OCGA § 19-13-1.

In this case, there is no indication that the parties have a familial relationship within the meaning of the Family Violence Act. Because the trial court's protective order did not fall within the Family Violence Act, the action for contempt arising from the violation of that order was not a domestic relations action subject to OCGA § 5-6-35 (a) (2).

Accordingly, Onibudo was not required to follow the discretionary appeal

procedures to obtain appellate review. See OCGA § 5-6-34 (a) (2) (providing, in relevant part, that contempt cases may be appealed directly). See also *Hamilton Capital Group, Inc. v. Equifax Credit Information Svcs.*, 266 Ga. App. 1 (596 SE2d 656) (2004). This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Onibudo shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/02/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*